United States District Court
Southern District of Texas

**ENTERED**

December 14, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| Terrance Holliday, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-23-4136 |
| Nottingham Enterprises, Inc., | § | |
| | § | |
| Defendant. | § | |

## O R D E R

On December 13, 2023, Plaintiff, Terrance Holliday, filed a Notice of Settlement (docket no. 9) announcing that a settlement has been reached in this action with Defendant, Nottingham Enterprises, Inc.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** as to Defendant, Nottingham Enterprises, Inc., to the right of counsel to move for reinstatement **within thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.  All motions currently pending are **DENIED** without prejudice.  Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 14th day of December, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE